**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1863**

TRACY WOODY,

                    Plaintiff - Appellant,

      v.

AMERICAN GENERAL FINANCIAL SERVICES, INCORPORATED,

                    Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge. (5:09-cv-00561-D)

Submitted:  January 18, 2011      Decided:  January 25, 2011

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tracy Woody, Appellant Pro Se.  Megan E. Miller, HUNTON & WILLIAMS, LLP, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tracy Woody appeals the district court's order denying his motion for a new trial. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Woody v. American Gen. Fin. Servs., Inc., No. 5:09-cv-00561-D (E.D.N.C. June 25, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED